# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD DIVISION

| | |
|---|---|
| Dr. Christie Rogers-Larke, <br><br> Plaintiff, <br><br> v. <br><br> Erskine College, <br><br> Defendant. | C/A No.: 8:23-cv-00499-HMH-KFM <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned, as counsel for Plaintiff and Defendant and representing all parties who have appeared in this action, hereby stipulate to dismiss all causes of action with prejudice, with each party bearing its own attorney's fees, costs, and expenses.

**WE SO STIPULATE:**

| | |
|---|---|
| s/ Grant Burnette LeFever | s/ Sarah Sloan Batson |
| Grant Burnette LeFever (Fed Bar No. 12943) | Jennifer S. Cluverius (Fed Bar No. 9992) |
| BURNETTE SHUTT & McDANIEL, PA | Sarah Sloan Batson (Fed Bar No. 10849) |
| 912 Lady Street, Second Floor (29201) | Mary Stuart King (Fed Bar No. 13445) |
| Post Office Box 1929 | MAYNARD NEXSEN, PC |
| Columbia, South Carolina 29202 | 104 S. Main Street, Suite 900 |
| T: (803) 904-7933 | Greenville, South Carolina 29601 |
| F: (803) 904-7910 | T: (864) 282-1113 |
| GLeFever@BurnetteShutt.law | F: (864) 477-2637 |
| | JCluverius@MaynardNexsen.com |
| | SBatson@MaynardNexsen.com |
| | MKing@MaynardNexsen.com |
| | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
| | |
| December 21, 2023 | December 21, 2023 |
| Columbia, South Carolina | Greenville, South Carolina |